ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

The appeals are hereby transferred to the United States Court of Appeals for the Ninth Circuit.

SHAKOPEE MDEWAKANTON SIOUX COMMUNITY, Plaintiff–Cross Appellant,

v.

FBCV, LLC, Kenneth L. Templeton, Trustee of the Templeton Gaming Trust, Templeton Gaming Corporation, and Templeton Development Corporation, Defendants–Appellants.

Nos. 2011–1515, 2011–1563.

United States Court of Appeals, Federal Circuit.

Nov. 1, 2011.

### ORDER

Pursuant to this court's order filed September 28, 2011, and absent a response from either appellants or cross appellants,

IT IS ORDERED THAT:

James L. BOUCHARD, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2011–3125.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2011.

Beverly Bates, Bates & Baum, Atlanta, GA, for Petitioner.

### ORDER

Petitioner having filed the required brief, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.